**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    Tonya Lassela Jackson v. Anthony Eugene Williams

Appellate case number:    01-12-00609-CV

Trial court case number:    04DCV139207

Trial court:    387th District Court of Fort Bend County, Texas

On July 27, 2012, an affidavit of indigence for costs of appeal filed in this Court by appellant Tonya Lassela Jackson was received and filed in the trial court. On July 27, 2012, appellee filed a contest to the affidavit. However, no order sustaining the contest was signed during the prescribed period. *See* TEX. R. APP. P. 20.1(i). Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. TEX. R. APP. P. 20.1(i)(4).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

The clerk's and reporter's records have been filed in this Court. Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Justice Rebeca Huddle</u>
          ☑ Acting individually    ☐ Acting for the Court

Date: September 5, 2012